# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELADON GROUP, INC., | : | Case No. 19-12606 (KBO) |
| Debtor. | : | |
| | : | **Re: D.I. 2** |
| Employer's Tax Identification No.: | : | |
| 13-3361050 | : | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| A R MANAGEMENT SERVICES, INC., | : | Case No. 19-12607 (KBO) |
| a/k/a Celadon Logistics Inc., | : | |
| Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: | : | |
| 13-3313604 | : | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BEE LINE, INC., | : | Case No. 19-12608 (KBO) |
| Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: | : | |
| 34-1275403 | : | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELADON CANADIAN HOLDINGS, LIMITED, | : | Case No. 19-12609 (KBO) |
| Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: | : | |
| 81-4852539 | : | |

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELADON E-COMMERCE, INC., | : | Case No. 19-12610 (KBO) |
| Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: | : | |
| 35-2112711 | : | |

---------------------------------------------------------------x

```
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
CELADON INTERNATIONAL CORPORATION,              :    Case No. 19-12611 (KBO)
              Debtor.                           :
                                                :
Employer's Tax Identification No.:              :
13-3705246                                      :
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
CELADON LOGISTICS SERVICES, INC.                :    Case No. 19-12612 (KBO)
              Debtor.                           :
                                                :
Employer's Tax Identification No.:              :
20-3820834                                      :
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
CELADON MEXICANA, S.A. de C.V.,                 :    Case No. 19-12613 (KBO)
              Debtor.                                :
                                                :
Employer's Tax Identification No.:              :
CME971126NL7                                    :
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
CELADON REALTY, LLC,                            :    Case No. 19-12614 (KBO)
              Debtor.                           :
                                                :
Employer's Tax Identification No.:              :
45-4952559                                      :
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
CELADON TRUCKING SERVICES, INC.,                :    Case No. 19-12615 (KBO)
              Debtor.                           :
                                                :
Employer's Tax Identification No.:              :
13-3276138                                      :
------------------------------------------------------------x
```

```
-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
DISTRIBUTION, INC.,                                        :
a/k/a   FTL, Inc.,                                         :    Case No. 19-12616 (KBO)
              Debtor.                                      :
                                                           :
Employer's Tax Identification No.:                         :
93-1280488                                                 :
-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
EAGLE LOGISTICS SERVICES INC.,                             :    Case No. 19-12617 (KBO)
              Debtor.                                      :
                                                           :
Employer's Tax Identification No.:                         :
47-1747667                                                 :
-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
HYNDMAN TRANSPORT LIMITED,                                 :    Case No. 19-12618 (KBO)
a/k/a   Hyndman Holdings Inc.,                             :
a/k/a   Hyndman Transport (1972) Limited,                  :
a/k/a   1674149 Ontario Ltd.,                              :
a/k/a   737389 Ontario Limited,                            :
a/k/a   Amalgamation with Celadon Canada, Inc.,            :
              Debtor.                                      :
                                                           :
Employer's Tax Identification No.:                         :
98-0083249                                                 :
-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
JAGUAR LOGISTICS, S.A. de C.V.,                            :    Case No. 19-12619 (KBO)
              Debtor.                                      :
                                                           :
Employer's Tax Identification No.:                         :
JLO0002166D1                                               :
-----------------------------------------------------------x
```

```
-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEASING SERVICIOS, S.A. de C.V.,                    :    Case No. 19-12620 (KBO)
                 Debtor.                            :
                                                    :
                                                    :
Employer's Tax Identification No.:                  :
LSE960429MUA                                        :
-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
OSBORN TRANSPORTATION, INC.,                        :    Case No. 19-12621 (KBO)
  a/k/a   Osborn Local and Dedicated,               :
                 Debtor.                            :
                                                    :
                                                    :
Employer's Tax Identification No.:                  :
63-0657467                                          :
-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
QUALITY COMPANIES LLC,                              :    Case No. 19-12622 (KBO)
                 Debtor.                            :
                                                    :
                                                    :
Employer's Tax Identification No.:                  :
27-2174073                                          :
-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
QUALITY EQUIPMENT LEASING, LLC,                     :    Case No. 19-12623 (KBO)
                 Debtor.                            :
                                                    :
                                                    :
Employer's Tax Identification No.:                  :
32-0232403                                          :
-------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
QUALITY INSURANCE LLC,                              :    Case No. 19-12624 (KBO)
                 Debtor.                            :
                                                    :
                                                    :
Employer's Tax Identification No.:                  :
27-1417248                                          :
-------------------------------------------------------------x
```

4

EAST\170834388.2

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| SERVICIOS CORPORATIVOS JAGUAR, S.C., | : | Case No. 19-12625 (KBO) |
|             Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: SCJ9703178CA | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| SERVICIOS DE TRANSPORTACIÓN JAGUAR, S.A. de C.V., | : | Case No. 19-12626 (KBO) |
|             Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: STJ970415R68 | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| STINGER LOGISTICS, INC., | : | Case No. 19-12627 (KBO) |
|             Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: 20-0053860 | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| STRATEGIC LEASING, | : | Case No. 19-12628 (KBO) |
|             Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: 20-3807534 | : | |
| ------------------------------------------------------------x | | |
| In re: | : | Chapter 11 |
| | : | |
| TAYLOR EXPRESS, INC., | : | Case No. 19-12629 (KBO) |
|             Debtor. | : | |
| | : | |
| Employer's Tax Identification No.: 56-1549779 | : | |
| ------------------------------------------------------------x | | |

```
------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
TRANSPORTATION INSURANCE SERVICES                           :   Case No. 19-12630 (KBO)
RISK RETENTION GROUP, INC.,                                 :
            Debtor.                                         :
                                                            :
Employer's Tax Identification No.:                          :
47-4257197                                                  :
------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
VORBAS, LLC,                                                :   Case No. 19-12631 (KBO)
            Debtor.                                         :
                                                            :
Employer's Tax Identification No.:                          :
20-8078936                                                  :
------------------------------------------------------------x
```

## ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the court upon the *Motion of the Debtors for the Entry of an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases* (the "Motion"),[1] filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order") authorizing and directing the procedural consolidation and joint administration of the above-captioned chapter 11 cases; all as further described in the Motion; and upon consideration of the First Day Declaration and the record of these chapter 11 cases; and this Court having found that (i) this Court has jurisdiction over the Debtors, their estates, property of their estates and to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (ii) this Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C § 157(b)(2)(A),

6

(iv) venue of this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409, and (v) no further or other notice of the Motion is required under the circumstances; and this Court having reviewed the Motion and having heard the statements in support of the relief requested in the Motion at a hearing before this Court (the "Hearing"); and having determined that the legal and factual bases set forth in the Motion and the First Day Declaration establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth in this Order.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 19-12606 (KBO) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The consolidated caption of the jointly administered chapter 11 cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELADON GROUP, INC., *et al.*,[1] | Case No. 19-12606 (KBO) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celadon Group, Inc. (1050); A R Management Services, Inc. (3604); Bee Line, Inc. (5403); Celadon Canadian Holdings, Limited (2539); Celadon E-Commerce, Inc. (2711); Celadon International Corporation (5246); Celadon Logistics Services, Inc. (0834); Celadon Mexicana, S.A. de C.V. (6NL7); Celadon Realty, LLC (2559); Celadon Trucking Services, Inc. (6138); Distribution, Inc. (0488); Eagle Logistics Services Inc. (7667); Hyndman Transport Limited (3249); Jaguar Logistics, S.A. de C.V. (66D1); Leasing Servicios, S.A. de C.V. (9MUA);

Osborn Transportation, Inc. (7467); Quality Companies LLC (4073); Quality Equipment Leasing, LLC (2403); Quality Insurance LLC (7248); Servicios Corporativos Jaguar, S.C. (78CA); Servicios de Transportación Jaguar, S.A. de C.V. (5R68); Stinger Logistics, Inc. (3860); Strategic Leasing, Inc. (7534); Taylor Express, Inc. (9779); Transportation Insurance Services Risk Retention Group, Inc. (7197); Vorbas, LLC (8936).  The corporate headquarters and the mailing address for the Debtors listed above is 9503 East 33rd Street, One Celadon Drive, Indianapolis, IN 46235.

4. The foregoing consolidated caption shall be deemed to satisfy any applicable requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 1005.

5. A docket entry shall be made on the docket in the chapter 11 case of each of the Debtors, except Celadon Group, Inc., substantially stating as follows:

> "An order has been entered in this case consolidating this case with the case of Celadon Group, Inc., Case No. 19-12606 (KBO), for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 19-12606 (KBO) should be consulted for all matters affecting this case."

6. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Celadon Group, Inc., Case No. 19-12606 (KBO).

7. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Celadon Group, Inc., Case No. 19-12606 (KBO).

8. Notwithstanding the foregoing, any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

9. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases.

10. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and provisions of this Order shall be immediately effective and enforceable upon its entry.

11. The Debtors are hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

12. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: December 10th, 2019
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

EAST\170834388.2